3:19-cv-513 (GTS/DEP)

# EXHIBIT A



# Binghamton City School District

East Middle School
167 E. Frederick Street
Binghamton, NY 13904
(607) 762-8300

January 16, 2019

Zulayka McKinstry
331 Conklin Avenue #1
Binghamton, NY 13903

Dear Ms. McKinstry:

Thank you for coming in today to address a concern that you had concerning the event on January 15th. Here are the details as I understand them.

Just before 1:00 pm, Asst. Principal Michelle Raleigh, asked for my assistance in locating four female students who went missing during the lunch hour and did not report to their lunch activity. I encountered the students in the second floor hallway near the health office. I called Ms. Raleigh, she joined me at the location and we began to question the students.

During our questioning, I observed that the students were acting differently than their usual presentation. The female students were disproportionately hyper and giddy for the situation. They laughed at statements that would not traditionally seem funny, and seemed to have lost sense of time.

I shared my concern with Ms. Raleigh about my observations, and she also agreed that the students were exhibiting behavior that was different from their normal presentation.

My concern for their well-being led to my determination that the students should be Escorted into the Health Office.

This is still under investigation, we don't know all of the facts that have occurred and making relevant inquiries.

Sincerely,

Tim Simonds
Principal

*Providing A Rich Environment for Quality Learning*