3:19-cv-513 (GTS/DEP)

# EXHIBIT B

# New York State INCIDENT REPORT

| Field | Value |
|---|---|
| 1. Agency | Binghamton Police |
| 2. Division/Precinct | |
| 3. ORI | NY 0030100 |
| 4. ☒ Orig ☐ Supp | |
| 5. Case No. | 19-2189 |
| 6. Class Code | |
| 7. Report Day | We |
| 8. Date | 01/16/2019 |
| 9. Report Time | 1124 |
| Occured On/From: | |
| 10. Day | Tu |
| 11. Date | 01/15/2019 |
| 12. Time | 1230 |
| Occured To: | |
| 13. Day | Tu |
| 14. Date | 01/15/2019 |
| 15. Time | 1315 |
| 16. Incident Type | Juvenile Complaint |
| 17. Business Name | East Middle School |
| 18. Weapon(s) | N/A |
| 19. Incident Address | 167 E. Frederick Street |
| 20. City, State, Zip | ☒ C ☐ T ☐ V  Binghamton, NY |
| 21. Location Code | 0401 |

### Offenses

| 22. Off. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | GTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Mis | C | | | | 1 |
| 2 | | | | | Vio | A | | | | |
| 3 | | | | | Vio | C | | | | |

24. No. of Suspects: 1

### Associated Persons

| Type | Name | DOB | Address | Telephone |
|---|---|---|---|---|
| CO | [REDACTED] | | | |
| PR | McKinstry, Zulayka | | | |
| NI | Eggleston, Maryellen | | | |

### Victim

- 28. Age: 12
- 29. Sex: F
- 30. Race: Black
- 30. Ethnic: Non-Hispanic
- 32. Handicap: No
- 33. Residence Status: Resident
- 34. Victim DID receive information on Victim's Rights and Services pursuant to New York State Law: ☒ NO

### Suspect/Arrested Person

- 35. Type/No.: NI
- 36. Name: Eggleston, Maryellen
- 38. Apparent Condition: Unk
- 44. Sex: F
- 45. Race: White
- 46. Ethnic: Non-Hispanic
- 47. Skin: Light
- 48. Occupation: East Middle School Nurse
- 53. Glasses: No
- 54. Build: Small
- 55. Employer/School: East Middle School
- 56. Address: 167 E. Frederick Street

### Narrative

74. On Wednesday, 16Jan2019, at about 1124 hours, while detailed at East Middle School SRO, in the School District, City of Binghamton, a parent, Zulayka McKinstry informed me that she wanted to pursue charges against the School Nurse, Maryellen Eggleston for inappropriate touching and comments towards her daughter, [REDACTED] student of East Middle School, during an apparent vitals check in the Nurses offices on Tuesday, 15Jan2019, at about 1230 hours. Z. McKinstry explained that [REDACTED] was told to take off her sweater and pants, to where she only had on a bra and underwear, at which time, the Nurse, Eggleston is being accused of placing to fingers on each side of [REDACTED] bra, and instructed her to lift the bottom portion of her bra to ensure nothing was in her bra.

### Administrative

- 75. Inquiries: (none checked clearly)
- 76. NYSPIN Message No.: 
- Reporting Officer's Name: ARTHUR WILLIAMS JR
- 79. ID No.: 355
- 82. Status: ☒ Closed
- 83. Status Date: 01/18/19
- 84. Notified/TOT: 0

DCJS-3205 (1/09) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

# CITY OF BINGHAMTON POLICE DEPT.

38 HAWLEY STREET BINGHAMTON, NY 13901  (607) 723-5321   Page 1 of 2

| INCIDENT LOCATION | TIME | CODE | CASE NUMBER | DATE |
|---|---|---|---|---|
| 167 E. Frederick Street | 1124 | | 19-2189 | 01/16/2019 |

Z. McKinstry, also explained that a comment was made regarding her daughters chest area, she was told that Eggleston said that ▮▮▮▮ was "flabby." Z. McKinstry was very upset regarding the above information, given by ▮▮▮▮ and Z. McKinstry wanted Eggleston arrested for inappropriate touching and comments towards ▮▮▮▮ chest area. I did not talk to ▮▮▮▮ at any time.

I then spoke with the Principal, Mr. Tim Simonds, who informed me on Tuesday, 15Jan2019, at about 1245 hours, that several students appeared to be under the influence of some unknown substance. He ask, if there was any way I could observe the students and determine if they had taken any illegal substances. I informed Mr. Simonds, the only way to determine if those students are under any illegal substance was through a blood test. He ask, if I could just view the students and get my professional opinion regarding their behavior, due to the fact I am aware of the behavior of most of the students in the school. I observed the students from the doorway of the Nurses office waiting room area. It did appear the student were acting abnormal with a lot of giggling, and various conversation, and the fact that they had been sitting in the nurses office for more than 30 minutes did not bother them was odd for those students because they are usually very upset by being stuck in one area and being questioned by the principal, especially during lunch. I advised Mr. Simonds to call their parents, check their lockers, bags, and have them empty their pockets to ensure they don't have anything on them. After giving that information to Mr. Simonds, I left the nurses office. The students was not interviewed by me. During the time I was observing those students, ▮▮▮▮ was in one of the rooms in the nurses offices, with the door closed, with the nurse, Eggleston. I did not go into that room.

Mr. Simonds informed me that Eggleston wanted to take ▮▮▮▮ vital, and she had on a large sweater where her blood pressure could not be taken properly. She had to take off her sweater in order for her blood pressure to be taken. She did not have on a shirt under the sweater, so she was told to take it off. ▮▮▮▮ took off the sweater and her blood pressure was taken. Once completed, her sweater was put back on. Only Eggleston and ▮▮▮▮ was in this room during that time. The assistant principal, Michelle Religh, came into the room once her sweater was back on, and Mrs. Religh ask ▮▮▮▮ to take off her shoes to ensure she did not have any contraband in her shoes. Mr. Simonds expressed, that was all that happen in that room, told to him by Eggleston. I did not talk to Eggleston regarding this incident.

I was informed that the School District was going to investigate this incident.
I informed Z. McKinstry that a police report would be completed.
I will forward this report to Detectives.
Nothing further at this time.

Ofc. Arthur Williams Jr 355 BPD/SRO

| OFFICER'S NAME, RANK, & I.D. | | APPROVED BY | |
|---|---|---|---|
| Arthur Williams Jr 355 | /s/ Arthur Williams 355 | /s/ | 01/18/19 |

SUPPLEMENTARY POLICE REPORT