3:19-cv-513 (GTS/DEP)

# EXHIBIT C

Agenda
**Regular Board Meeting**
Board of Education, Binghamton, New York
Tuesday, January 22, 2019

**6:00 p.m.** **Worksession** – The purpose of this meeting is for the Board of Education to consider convening in Executive Session to discuss specific matters which may include current and proposed employment of particular persons, collective bargaining negotiations, and pending litigation.

**7:00 p.m.** **Regular Board Meeting** – Resolutions will be considered on employment, treasurer's report, donations, tuition, tax settlements, and any other matter that comes before the Board at that time.

**Call to Order**   Roll Call

**Pledge of Allegiance**

**Recognition**   Coolidge student band (Beth Shanfelt)

1. **Approval of Minutes** (White)
   A. Worksession and Regular Meeting of December 18, 2018

2. **Financial Report** (Green)

3. **Unfinished Business**
   A. Update on guidance plan at secondary schools (Deb Card)
   B. Update on IB/AP course offerings (Kevin Richman, Dawne Anne Adams)

4. **Special Reports**
   A. 2019-2020 BOCES Admin and Capital Budgets (John Harvey)
   B. Overview of Financial Status (Cynthia Wambold)

5. **Correspondence for Action** (Goldenrod)

6. **Public Comments on G Resolutions** – Time Limited (3 min)

7. **New Business**
   A. Superintendent's Recommendations (Blue)

8. **Board Action**

9. **Privilege of the Floor** – Time Limited (3 min)

10. **Updates from Superintendent**

11. **Agenda Items for Next Meeting** (February 26, 2019)
    A. 5 year budget projection; academic interventions (ELA / math)

12. **Adjournment**

**Upcoming Board Meetings**: *2/26/2019; 3/19/2019; 4/9/2019; 5/14/2019 (regular meeting/budget hearing); 5/21/2019 (election); 5/22/2019 (certify vote, Wed, 8 p.m.); 6/18/2019*

1/18/2019 4:10 PM

> I Pledge Allegiance to the flag of the United States of America
> and to the Republic for which it stands,
> one Nation under God, indivisible, with liberty and justice for all.

### Board Member Participation in "Public Comment"

During the public comment section(s) of the meeting, board members will listen to comments, but <u>only the president, as the designated spokesperson, may respond if a response if necessary</u> or s/he may defer to others. Those responses are limited to:

- Correcting misstatements of fact presented by the speaker.

- Referring the speaker to applicable board policy which relates to his or her comments.

- The president may add the item on a future board agenda for discussion if not listed on the current board agenda.

- Members of the public will be cautioned that personnel matters and individual student matters are not proper subjects for public comment. If the speaker's comments reflect a complaint about personnel, the president will prohibit the speaker from continuing and refer him/her to the appropriate complaint policy.

The board must bear in mind that generally persons who speak during public comment have First Amendment rights, though these rights can be conditioned based upon the subject matter. The board should seek legal advice before disallowing a speaker's contribution to public comment based solely on the viewpoint expressed.

1/18/2019 4:10 PM