

John P. Coghlan | Associate
Direct 315.413.5465 | jcoghlan@goldbergsegalla.com

October 11, 2019

**VIA ECF**

Honorable Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re: I.S., et al v. Binghamton City School District, et al.
Civil Case No.: 3:19-cv-00513 (GTS/ML)

Dear Judge Lovric:

My firm represents the Defendants in the above-referenced case. I write to provide a status update concerning discovery in this matter in accordance with this Court's directive. I did provide Plaintiffs' counsel with a copy of this correspondence for review and comment in an effort to submit a joint status report to the Court. However, rather than proposing revisions or commenting on the letter, Plaintiffs' counsel informed me they intended to file their own status report in this matter.

Turning to the case itself, the parties have served their Rule 26 initial disclosures. The parties are presently engaged in discussions concerning a proposed Protective Order. Defendants initially provided Plaintiffs' with a proposed Protective Order for review and comment. Plaintiffs have since provided Defendants with their proposed revisions to the Protective Order. Defendants are reviewing those revisions and will have their response to Plaintiffs by early next week.

The lack of an executed Protective Order hinders Defendants' ability to respond to Plaintiffs' discovery demands. Plaintiffs seek a host of materials protected by various statutes and regulations that Defendants cannot legally disclose until the Protective Order is in place. Notwithstanding this fact, Defendants are actively working on drafting their responses to Plaintiffs' demands at this time.

Defendants have not yet served Plaintiffs' with their written discovery demands, but intend to serve said demands in the near future.

Plaintiffs served several subpoenas on non-party governmental entities. Defendants requested copies of any documents received in response to those subpoenas, but as of the date of this letter, Plaintiffs have not produced any materials.

**Please send mail to our scanning center at: PO Box 1057, Buffalo, NY 14201**

**Office Location:** 5786 Widewaters Parkway, Syracuse, NY 13214-1840 | 315.413.5400 | Fax: 315.413.5401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM
24299383.v1

October 11, 2019
Page 2

      Finally, as the Court is aware, Defendants filed a Partial Motion to Dismiss Plaintiffs' Complaint on October 1, 2019. The parties have agreed on a briefing schedule for that motion, which the Court has approved.

      Defendants look forward to discussing these topics in more detail with the Court during the November 1, 2019 conference.

      Respectfully submitted,

      **GOLDBERG SEGALLA LLP**

*John P. Coghlan*

      John P. Coghlan

JPC:

CC: All Counsel via ECF

24299383.v1