UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| I.S., a minor by and through her mother and next friend, ANAIS DISLA; J.B., a minor by and through her parents and next friends, IBELYH DISLA and JOSE BRISTOL; I.M., a minor by and through her mother and next friend, ZULAYKA MCKINSTRY; A.S., a minor by and through her mother and next friend, CHANDERLIA SILVA, <br><br> Plaintiffs, <br><br> v. <br><br> BINGHAMTON CITY SCHOOL DISTRICT; BINGHAMTON BOARD OF EDUCATION; TIM SIMONDS, in his individual and official capacity; MICHELLE RALEIGH, in her individual and official capacity; MARY ELLEN EGGLESTON, in her individual and official capacity, <br><br> Defendants. | Civil No. 3:19-cv-513-GTS-ATB <br> Hon. Glenn T. Suddaby |

**NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiffs I.S., a minor by and through her mother and next friend, Anais Disla; J.B., a minor by and through her parents and next friends, Ibelyh Disla and Jose Bristol; I.M., a minor by and through her mother and next friend, Zulayka Mckinstry; and A.S., a minor by and through her mother and next friend, Chanderlia Silva (collectively "Plaintiffs") will move this Court before the Honorable Glenn T. Suddaby, at the Federal Building and U.S. Courthouse P.O. Box 7367 for an Order granting their Motion for Reconsideration pursuant to Local Rule 7.1.

| | |
|---|---|
| Dated: September 28, 2020<br>New York, New York | /s/ *Cara McClellan*<br>Rachel Kleinman<br>Kristen A. Johnson<br>Cara McClellan<br>NAACP Legal Defense and<br>  Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>Tel: (212) 965-2200<br>Fax: (212) 226-7592<br>rkleinman@naacpldf.org<br>cmcclellan@naacpldf.org<br>kjohnson@naacpldf.org<br><br>/s/ *Amanda Gayer*<br>Jamie A. Levitt Bar No. 302285<br>Joshua Hill, Jr. Bar No. 700933<br>Chanwoo Park Bar No, 700932<br>Amanda Gayer Bar No. 700934<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Tel: (212) 468-8000<br>Fax: (212) 468-7900<br>jlevitt@mofo.com<br>jhill@mofo.com<br>cpark@mofo.com<br>agayer@mofo.com |

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2020, I filed the foregoing Notice of Motion for Reconsideration electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                 /s/ *Amanda Gayer*
                                                 Amanda Gayer