UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S., a minor by and through her mother and next friend, ANAIS DISLA; J.B., a minor by and through her parents and next friends, IBELYH DISLA and JOSE BRISTOL; I.M., a minor by and through her mother and next friend, ZULAYKA MCKINSRY; A.S., a minor by and through her mother and next fried, CHANDERLIA SILVA, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |
| Plaintiffs, | Index No. 3:19-cv-00513 (GTS/ATB) |
| v. | |
| BINGHAMTON CITY SCHOOL DISTRICT; BINGHAMTON BOARD OF EDUCATION; TIM SIMONDS, in his individual and official capacity; MICHELLE RALEIGH, in her individual and official capacity; MARY ELLEN EGGLESTON, in her individual and official capacity, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Bola O. Awujoola, of Vaughan Baio & Partners, appears as attorney for the Defendants, **BINGHAMTON CITY SCHOOL DISTRICT, BINGHAMTON BOARD OF EDUCATION, TIM SIMONDS, in his individual and official capacity, MICHELLE RALEIGH, in her individual and official capacity. and MARY ELLEN EGGLESTON, in her individual and official capacity**, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case be given to and served to:

Bola O. Awujoola, Esq.
VAUGHAN BAIO & PARTNERS
90 State Street, Suite 700
Albany, NY 12207
bawujoola@vaughanbaio.com

23029191.v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated: Albany, New York
November 23, 2021

**VAUGHAN BAIO & PARTNERS**

By: */s/ Bola O. Awujoola*
Bola O. Awujoola, Esq.
(Bar No.: 703191)
*Attorneys for Defendants*
90 State Street, Suite 700
Albany, NY 12207
bawujoola@vaughanbaio.com
838-221-3604

TO: Rachel M. Keinman, Esq.
Cara McClellan, Esq.
Kristen A. Johnson, Esq.
NAACP Legal Defense &
Educational Fund, Inc.
*Attorneys for Plaintiffs*
40 Rector Street, 5th Floor
New York, New York 10006
Phone: 212-965-2200

Jamie A. Levitt, Eq.
Chanwoo Park, Esq.
Amanda Gayer, Esq.
Morrison & Foerster, LLP
*Attorneys for Plaintiffs*
250 West 55th Street
New York, New York 10019
Phone: 212-468-8000

## Certificate of Service

I hereby certify that on the 23rd day of November, 2021, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

> Rachel M. Keinman, Esq.
> Cara McClellan, Esq.
> Kristen A. Johnson, Esq.
> NAACP Legal Defense &
> Educational Fund, Inc.
> *Attorneys for Plaintiffs*
> 40 Rector Street, 5th Floor
> New York, New York 10006
> Phone: 212-965-2200
>
> Jamie A. Levitt, Eq.
> Chanwoo Park, Esq.
> Amanda Gayer, Esq.
> Morrison & Foerster, LLP
> *Attorneys for Plaintiffs*
> 250 West 55th Street
> New York, New York 10019
> Phone: 212-468-8000

_____
Bola O. Awujoola, Esq.